**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

April Bailey and Pierre King, Defendants,

Of whom April Bailey is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2019-000128

―――――――――

Appeal From Charleston County
Jocelyn B. Cate, Family Court Judge

―――――――――

Unpublished Opinion No. 2019-UP-315
Submitted August 14, 2019 – Filed September 4, 2019

―――――――――

**AFFIRMED**

―――――――――

Harry A. Hancock, of Columbia, for Appellant.

Jillian D. Ullman, of South Carolina Department of
Social Services, of Charleston, for Respondent.

Alwyn Taylor Silver, of Silver Law Firm, LLC, of Georgetown, for the Guardian ad Litem.

---

**PER CURIAM:** April Bailey appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Bailey's counsel.

**AFFIRMED.**[1]

**SHORT, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.